NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **GARRICK COX MD LLC,** | : | Civil Action No. 17-7619 (ES) (JAD) |
| Plaintiff, | : | |
| v. | : | |
| **UNITED HEALTHCARE,** | : | |
| Defendant. | : | |
| **GARRICK COX MD LLC,** | : | Civil Action No. 17-8186 (ES) (JAD) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| **UNITED HEALTHCARE,** | : | |
| Defendant. | : | |

**SALAS, DISTRICT JUDGE**

Pending before the Court are Plaintiff's motions to remand these two civil actions to state court. (No. 17-7619, D.E. No. 5; No. 17-8186, D.E. No. 4). On December 21, 2017, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Undersigned grant Plaintiff's motions to remand. (No. 17-7619, D.E. No. 10; No. 17-8186, D.E. No. 10). The parties had 14 days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to this District's Local Civil Rule 72.1(c)(2). To date, no party has filed an objection.

Having carefully reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and for the reasons stated in Judge Dickson's Report and Recommendation,

IT IS on this 8th day of January 2018,

**ORDERED** that this Court ADOPTS Magistrate Judge Dickson's Report and Recommendation (No. 17-7619, D.E. No. 10; No. 17-8186, D.E. No. 10) as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motions to remand (No. 17-7619, D.E. No. 5; No. 17-8186, D.E. No. 4) are GRANTED; and it is further

**ORDERED** that these two civil actions are hereby REMANDED to New Jersey Superior Court, Law Division, Passaic County; and it is further

**ORDERED** that the Clerk of Court shall mark both of these matters as CLOSED.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
